1  KAREN P. HEWITT
   United States Attorney
2  ALESSANDRA P. SERANO
   Assistant U.S. Attorney
3  California State Bar No. 204796
   880 Front Street, Room 6293
4  San Diego, California 92101
   Telephone: (619) 557-7084
5
   Attorneys for Plaintiff
6  United States of America



7

8            UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA         '07 MJ 8959

10 IN THE MATTER OF                ) Magistrate Case No.:
                                   )
11 NATHAN MORGAN,                  ) MOTION AND ORDER TO SEAL
                                   )
12 _____ )   UNSEALED AS OF 12/6/07

13    COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,
14 Karen P. Hewitt, United States Attorney, and Alessandra P. Serano, Assistant United States
15 Attorney, and hereby moves that all papers submitted in support of this complaint, including the
16 probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of
17 the contents of this probable cause statement and related documents may cause the defendant to flee
18 and may cause destruction of evidence and may have a negative impact on this continuing
19 investigation.
20    DATED: DECEMBER 4, 2007.

21                                          Respectfully submitted,

22                                          KAREN P. HEWITT
                                            United States Attorney
23
                                            J. P W
24
                                         /s/ ALESSANDRA P. SERANO
25                                          Assistant U.S. Attorney

26
27
28