

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal Case No. 08CR036-H |
| Plaintiff,   ) | **I N F O R M A T I O N** |
| )  v.   ) | Title 18, U.S.C., Sec. |
| NATHAN MORGAN,   ) | 2252(a)(4)(B) - Possession of |
| Defendant.   ) | Images of Minors Engaged in Sexually Explicit Conduct |
| ) | |

The United States Attorney charges:

On or about July 17, 2007, within the Southern District of California, defendant NATHAN MORGAN, did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined

1  in Title 18, United States Code, Section 2256(2), and which visual
2  depictions were of such conduct; in violation of Title 18, United
3  States Code, Section 2252(a)(4)(B).
4      DATED: January 3, 2008.

                                    KAREN P. HEWITT
                                    United States Attorney

                                    /s/ John T. Wen
                                    ALESSANDRA P. SERANO
                                    Assistant U.S. Attorney