# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

Nathan Morgan

WAIVER OF INDICTMENT

CASE NUMBER: 08CR036-H

I, __Nathan Morgan__, the above named defendant, who is accused of 18 USC 2252(a)(4)(B) Possession of Images of Minors Engaged in Sexually Explicit Activity

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/3/08__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
JAN 0 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*