**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Nathan Morgan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0036-H |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| NATHAN MORGAN, | ) | |
| Defendant. | ) | |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Carey D. Gorden and Federal Defenders of San Diego, Inc., counsel for Nathan Morgan along with Assistant United States Attorney Alessandra P. Serano, that the sentencing hearing currently scheduled for April 28, 2008 be rescheduled to **May 27, 2008, at 9:00 a.m.**

**IT IS SO STIPULATED.**

DATED:   March 11, 2008          /s/ Carey D. Gorden
                                 **CAREY D. GORDEN**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Nathan Morgan

DATED:   March 11, 2008          /s/ Alessandra P. Serano
                                 **ALESSANDRA P. SERANO**
                                 Assistant United States Attorney