1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Nathan Morgan

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE MARILYN L. HUFF)**

11 UNITED STATES OF AMERICA,          )     Case No. 08CR0036-H
                                      )
12                 Plaintiff,         )
                                      )
13 v.                                 )     **CERTIFICATE OF SERVICE**
                                      )
14 NATHAN MORGAN,                     )
                                      )
15                 Defendant.         )
_____ )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                     Alessandra P. Serano
    Alessandra.P.Serano@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov
20

21                     Respectfully submitted,

22

23 DATED:      March 11, 2008         /s/ Carey D. Gorden
                                      **CAREY D. GORDEN**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Nathan Morgan
25

26

27

28