```
 1 | CAREY D. GORDEN
   | California State Bar No. 236251
 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
   | 225 Broadway, Suite 900
 3 | San Diego, CA 92101-5008
   | (619) 234-8467/Fax: (619) 687-2666
 4 | E-Mail: carey_gorden@fd.org
 5 | Attorneys for Nathan Morgan
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATHAN MORGAN,<br><br>　　　　　Defendant. | Case No. 08CR0036-H<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE** |

I, Nathan Morgan, acknowledge that my next court date to appear before the Honorable Marilyn L. Huff in the United States District Court for the Southern District of California is <u>May 27, 2008, at 9:00 a.m.</u>

I declare that the foregoing is true and correct.

DATED: 3-11-08

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NATHAN MORGAN
　　　　　　　　　　　　　　　　　　　　　　　　Defendant