UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0036-H |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING SENTENCING HEARING** |
| **NATHAN MORGAN**, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for April 28, 2008 be rescheduled to **May 27, 2008, 9:00 a.m.** The defendant is currently in custody. The Court finds that there is excludable time under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED:    March 12, 2008

_____
**HONORABLE MARILYN L. HUFF**
United States District Court Judge